No. 428. COLUMBIA BOILER CO., INC., v. MANVILLE BOILER CO., INC. C. A. 4th Cir, Certiorari denied. *Ralph H. Hudson* and *Wirt P. Marks, Jr.* for petitioner. *Stanton T. Lawrence, Jr.* for respondent.

No. 429. AIR LINE STEWARDS AND STEWARDESSES ASSOCIATION, INTERNATIONAL, v. NORTHWEST AIRLINES, INC. C. A. 8th Cir. Certiorari denied. *Ruth Weyand* for petitioner. *Leland W. Scott* for respondent.

No. 433. ABNEY MILLS v. SCAPA DRYERS, INC. C. A. 5th Cir. Certiorari denied. *James B. Burke, Charles L. Gowen, J. Frederic Taylor* and *Harold W. Wolfram* for petitioner. *Robert B. Troutman, John W. Bennett* and *Laszlo Kormendi* for respondent.

No. 434. LEGGETT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Joseph I. Bulger* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 439. MIHALCHAK v. AMERICAN DREDGING CO. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Wilfred R. Lorry* for petitioner. *Thomas E. Byrne, Jr.* for respondent.

No. 442. LOCAL No. 9, JOURNEYMEN BARBERS, HAIRDRESSERS AND COSMETOLOGISTS INTERNATIONAL UNION, ET AL. v. GRIMALDI. Supreme Court of Pennsylvania. Certiorari denied. *Richard H. Markowitz* for petitioners. *Drew J. T. O'Keefe* and *John Ryan* for respondent.